## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **Russell Nation, individually and as next friend of J.N., a minor, and Carol Nation individually and as next friend of J.N., a minor** )<br>)<br>)<br>) | |
| **Plaintiffs,** ) | **Case No.: CIV-18-1090-R** |
| **-vs-** )<br>) | |
| **Piedmont Schools Board of Education, and Holly Noelle Morris,** )<br>)<br>) | |
| **Defendants.** ) | |

### ORDER

The parties have filed a Motion to Strike the Scheduling Order [Doc. 54]. This case has gone through several iterations, including two continuances. It is time to bring it to a conclusion. The motion is DENIED.

IT IS SO ORDERED this 12th day of March 2021.

_David L. Russell_

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**