# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **RUSSELL NATION, individually** ) <br> **and as parent and next friend of J.N.,** ) <br> **a minor and CAROL NATION,** ) <br> **individually and as parent and next** ) <br> **friend of J.N., a minor,** ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> v. ) <br> ) <br> **PIEDMONT INDEPENDENT SCHOOL** ) <br> **DISTRICT NO. 22 and HOLLY** ) <br> **NOELLE MORRIS,** ) <br> ) <br> **Defendants.** ) | Case No. CIV-18-1090-R |

## **ORDER**

Defendants are ordered to respond to Plaintiffs' Motion to Reconsider [Doc. 107] no later than Monday, August 2, 2021.

IT IS SO ORDERED this 28th day of July 2021.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE